THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* CHARLES WALKER, Appellant.

(Argued March 6, 1933; decided April 11, 1933.)

*Peter P. Smith, John R. Vunk, Robert L. Callahan* and *George H. Carleton* for appellant.

*L. Barron Hill, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.